# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **FEDERAL TRADE COMMISSION,** | ) | CASE NO. 1:16-cv-00371-JG |
| | ) | |
| **Plaintiff,** | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE OF |
| | ) | COUNSEL FOR DEFENDANT |
| **STRATFORD CAREER INSTITUTE,** | ) | STRATFORD CAREER |
| **INC., a corporation** | ) | INSTITUTE, INC. |
| | ) | |
| **Defendant.** | ) | |

Justin L. Monday of the law firm of Benesch Friedlander Coplan & Aronoff LLP hereby enters his appearance on behalf of Defendant Stratford Career Institute, Inc. in the captioned lawsuit, and request service of all pleadings, papers and orders in this case.

Dated: March 11, 2016.

                                                                 Respectfully submitted,

                                                                 */s/ Justin L. Monday*
                                                                 ROBERT A. ZIMMERMAN (0055478)
                                                                 JUSTIN L. MONDAY (0088205)
                                                                 BENESCH FRIEDLANDER
                                                                    COPLAN & ARONOFF, LLP
                                                                 200 Public Square, Suite 2300
                                                                 Cleveland, Ohio 44114-2309
                                                                Telephone: (216) 363-4500
                                                                Facsimile: (216) 363-4588
                                                                rzimmerman@beneschlaw.com
                                                                jmonday@beneschlaw.com

                                                                *Attorneys for Defendant*
                                                                *Stratford Career Institute, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing *Notice of Appearance of Counsel for Defendant Stratford Career Institute, Inc.* was filed electronically on March 11, 2016 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system. Parties may access this filing through the Court's electronic case filing system.

/s/ *Justin L. Monday*
Justin L. Monday

*Attorney for Defendant*
*Stratford Career Institute, Inc.*